Certificate Number: 15317-GAN-DE-040704637

Bankruptcy Case Number: 11-11844



15317-GAN-DE-040704637

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 8, 2026, at 7:54 o'clock AM PDT, Bobbie Mcghee completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:  March 8, 2026    By:    /s/Rolyn Martinada

Name:  Rolyn Martinada

Title:  Credit Counselor