**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Debtor(s)
Re: **Bobbie Jean Genae McGhee**
204 Happy Trail
Locust Grove, GA 30248

**xxx–xx–8196**

Case No.: **25–11844–lrc**
Chapter: **13**
Judge: **Lisa Ritchey Craig**

### ORDER OF DISMISSAL

The Chapter 13 Trustee's objection(s) to confirmation came before the Court and

After hearing and for good cause shown, confirmation is denied, and

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

Lisa Ritchey Craig
United States Bankruptcy Judge

Dated: June 24, 2026

Form 155

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                              Case No. 25-11844-lrc

Bobbie Jean Genae McGhee                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-7 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 24, 2026 | Form ID: 155 | Total Noticed: 15 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bobbie Jean Genae McGhee, 204 Happy Trail, Locust Grove, GA 30248-6018 |
| cr | + | Progress Residential Borrower 6, LLC, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30350 UNITED STATES 30338-4154 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25613573 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 24 2026 20:36:00 | Chrysler Capital, Attention Bankruptcy, P.O. Box 961278, Fort Worth, TX 76161-0278 |
| 25613574 | | EDI: CCS.COM | Jun 25 2026 00:21:00 | Credit Collection Service, Attention Bankruptcy, P.O. Box 55126, Boston, MA 02205-5126 |
| 25613575 | | EDI: GADEPTOFREV | Jun 25 2026 00:21:00 | Georgia Department of Revenue, Compliance Div. - Bnk Sect, 1800 Century Blvd. NE, Atlanta, GA 30345-3205 |
| 25625760 | | EDI: GADEPTOFREV | Jun 25 2026 00:21:00 | Georgia Department of Revenue, Compliance Division-Attention/Bankruptcy, 2595 Century Pkwy NE Ste 339, Atlanta, Georgia 30345 |
| 25613576 | | EDI: IRS.COM | Jun 25 2026 00:21:00 | Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 25613577 | | EDI: JEFFERSONCAP.COM | Jun 25 2026 00:21:00 | Jefferson Capital LLC, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 25613578 | | Email/Text: EBN@Mohela.com | Jun 24 2026 20:35:00 | Mohela/Dept of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 25613579 | ^ | MEBN | Jun 24 2026 20:30:19 | Mrs. BPO, 1930 Olney Ave., Cherry Hill, NJ 08003-2016 |
| 25613580 | + | Email/Text: bknotices@progressresidential.com | Jun 24 2026 20:36:00 | Progress Residential Borrower, 7500 N. Dobson Road, Suite 300, Scottsdale, AZ 85256-2727 |
| 25639681 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 24 2026 20:36:00 | Santander Consumer USA Inc., d/b/a Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 25613582 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 24 2026 20:36:00 | Transworld Systems, Attention Bankruptcy, P.O. Box 17221, Wilmington, DE 19850-7221 |
| 25614647 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Jun 24 2026 20:36:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 25613583 | + | EDI: VERIZONCOMB.COM | Jun 25 2026 00:21:00 | Verizon, Attention Bankruptcy, 3 Verizon Place, Alpharetta, GA 30004-8510 |

TOTAL: 13

District/off: 113E-7 | User: bncadmin | Page 2 of 2
Date Rcvd: Jun 24, 2026 | Form ID: 155 | Total Noticed: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25613581 | *+ | Progress Residential Borrower, 7500 N. Dobson Road, Suite 300, Scottsdale, AZ 85256-2727 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Debra B. Dutton | on behalf of Debtor Bobbie Jean Genae McGhee debbie@duttonlawga.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 6  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Melissa J. Davey | mail@13trusteeatlanta.com  cdbackup@13trusteeatlanta.com |

TOTAL: 3